25282. DIXON *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of possessing whisky. The evidence amply authorized the verdict. The special grounds of the motion for new trial, not having been argued or referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 27, 1935.

*T. E. Hightower, W. H. White, E. L. Stephens Jr.,* for plaintiff in error.

*Lester F. Watson, solicitor,* contra.